IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ZAINE KOSDROSKY,** | \* | **CASE NO. 1:21-cv-2043** |
| Plaintiff, | \* | **District Judge Sara Lioi** |
| vs. | \* | |
| **BEST WIRELESS BRECKSVILLE, INC.,** | \* | **FINAL DISMISSAL ENTRY WITH PREJUDICE AS TO ALL CLAIMS** |
| | \* | |
| Defendant. | | |

It appearing to the Court that all claims herein pending have been fully compromised and settled, it is, therefore:

**ORDERED, ADJUDGED AND DECREED** that all claims are hereby **DISMISSED WITH PREJUDICE**.

Each party is to bear its own costs.

_____
SARA LIOI
United States District Judge

*/s/ Kevin A. Buryanek per 2/17/23 tele-con approval*
Kevin A. Buryanek (0099300)
**THE SPITZ LAW FIRM, LLC**
25825 Science Park Drive, Suite 200
Beachwood, Ohio 44122
(216) 291-4744
Kevin.buryanek@spitzlawfirm.com
Attorney for Plaintiff Zaine Kosdrosky

*/s/ Anne P. Keeton*_____
Anne P. Keeton (0076811), Trial Attorney
Lisa A. Hesse (0042120) Co-Counsel
FREUND, FREEZE & ARNOLD
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
(937) 913-0110
akeeton@ffalaw.com/ lhesse@ffalaw.com
Attorneys for Defendant Best Wireless Brecksville, Inc.